**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PATRICIA KENNEDY, et al.,**

    **Plaintiff,**

v.                                                            Case No.  8:12-cv-2005-T-30TGW

**MACY'S FLORIDA STORES, LLC,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon two telephone calls from Plaintiff's and Defendant's counsel on July 29, 2013. Based on concerns raised in those telephone calls, it is

ORDERED AND ADJUDGED that:

1. If either party wishes to engage in further discovery, that party shall file a motion requesting the discovery ban be lifted and state the reason(s) why such discovery is needed.

2. The Court does not require any trial briefs, stipulations, or proposed findings of fact for the bench trial set for the August 2013 trial term.

3. Any motions in limine must be filed on or before Friday, August 2, 2013.

4. If all barriers are removed by the date of trial, Defendant shall be the prevailing party as the sole issue presented in this case is injunctive relief.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-2005.pretrialorder.frm