# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PATRICIA KENNEDY, et al.,

   Plaintiffs,

v.                                                            Case No: 8:12-cv-2005-T-30TGW

MACYS FLORIDA STORES, LLC,

   Defendant.
_____

## ORDER

The Court has been advised via a Joint Notice of Settlement (Dkt. #40) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of August, 2013.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                               F:\Docs\2012\12-cv-2005 dismiss 40.docx